UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRYSTIN PLEASANTS,            )
                               )
            Plaintiff,         )
                               )
    vs.                        )    No. 4:06-CV-1516 (CEJ)
                               )
AMERICAN EXPRESS COMPANY,      )
et al.,                        )
                               )
            Defendants.        )

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is **dismissed.**

The plaintiff shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com